# EXHIBIT B

## Patent Claims Analysis
## of
## US8009037: "Method and system to control movable entities"

## against
## FordPass Connect

# US8009037B2

United States

Inventor        Houston Staton, James Ashley, Sr., James Ashley, Jr., Frank Mooney, Patrick Mooney,

Edward Lang, Charles Maggs, German Santos

Current Assignee Wirelesswerx International Inc

Worldwide applications

2005 US US US CN CN CN 2007 US US 2008 HK 2011 US JP 2013 JP 2014 US 2016 US

| 11/105,932 | Claims priority from a provisional application | 60/625,467 | 11/05/2004 |
| --- | --- | --- | --- |

Total patentTerm Adjustments

arrow_upward

937 days

CLAIMS

1. A method to wirelessly manage an entity having a transponder, comprising:

loading from a computing device to a transponder's memory a plurality of coordinates;

programming a microprocessor in the transponder to define a geographical zone by creating an area on a pixilated image using said plurality of coordinates, wherein said area is representative of a geographical zone; and

sending a command to the transponder to execute a configurable operation upon receiving a command from a control center, the command being associated with a status of the entity in relation to the geographical zone.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method to wirelessly manage an entity having a transponder, comprising: | *FordPass Connect* has a method to wirelessly manage an entity having a transponder.  <https://www.ford.com/support/category/fordpass/> @ 2025 <https://corporate.ford.com/content/dam/corporate/us/en-us/documents/reports/2020-integrated-sustainability-and-financial-report.pdf> 2020 |



Saved **307 times** between August 25, 2021 and January 30, 2025.

2012  2013  2014  2015  2016  2017  2018  2019  2020  **2021**  2022  2023  2024  2025

*FordPass Connect is available in Ford's Products that were made, used, sold, or imported in the United States of America.*

| Year | Model Eligibility |
|---|---|
| **2020 and Newer Model Years** | The FordPass Connect modem is available on all 2020 and later model year vehicles.<br><br>**Note**: Aftermarket installations may not function properly with the FordPass App. |
| 2019 | • EcoSport<br>• Edge<br>• Escape<br>• Expedition<br>• Explorer<br>• F-150<br>• Fusion<br>• Mustang<br>• Ranger<br>• Super Duty<br>• Transit Connect<br><br>**Note**: Aftermarket installations may not function properly with the FordPass App. |

| 2018 | <ul><li>EcoSport</li><li>Escape</li><li>Expedition</li><li>Explorer</li><li>F-150</li><li>Fusion</li><li>Fusion Hybrid</li><li>Mustang</li></ul>**Notes:**<ul><li>For some 2018 model year vehicles, SYNC Connect may be listed instead of FordPass Connect.</li><li>Aftermarket installations may not function properly with the FordPass App.</li></ul> |
|---|---|
| 2017 | <ul><li>Escape</li><li>Fusion and Fusion Hybrid (not the Fusion Energi)</li><li>F-150</li><li>GT (Supercar)</li></ul>**Notes:**<ul><li>For some 2017 model year vehicles, SYNC Connect may be listed instead of FordPass Connect.</li><li>Aftermarket installations may not function properly with the FordPass App.</li></ul> |
| 2016 and Prior Model Years | FordPass Connect is not available for these model years. |

<https://www.ford.com/support/how-tos/fordpass/fordpass-connect/does-my-ford-vehicle-have-fordpass-connect/>

*FordPass Connect is available in Ford's Products that were made, used, sold, or imported in the United States of America.*



<https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2020-Ford-Ecosport-Owners-Manual-version-1_EN_US.pdf>

| 1.1 | loading from a **computing device** to a **transponder**'s memory a plurality of **coordinates**; | loading from a **computing device [server]** to a **transponder [FordPass Connect to smartphone with "FordPass" app]**'s memory a plurality of **coordinates ["Vehicle Location"]**.<br><br>For example, the FordPass Connect system can transmit data from a remote server to a user's smartphone through the FordPass Connect module installed in the vehicle. The smartphone, running the FordPass application, can then store multiple vehicle location records in its memory. In other words, location information is first sent from the server to the in-vehicle FordPass Connect unit, and from there it is delivered to the user's phone, where the application keeps a history consisting of a plurality of vehicle locations.<br><br>***computing device*** |

Ford will investigate how innovative technology could help accurately track and increase the number of "green miles" driven by vehicles. These trials feature the FordPass Connect onboard cellular modem, and a plug-in device to enable geofencing and blockchain capabilities. With geofencing, whenever a trial vehicle enters a controlled zone, its electric-drive mode is triggered and the zero-emission green driving miles are documented. The blockchain technology enables secure, tamper-proof tracking and logging of vehicle emissions records, which makes it ideal for the PHEV pilot. Security, trust and transparency of emissions data are of paramount importance to all stakeholders in this project and are key for our vision of cleaner air in the city.

<https://corporate.ford.com/content/dam/corporate/us/en-us/documents/reports/2020-integrated-sustainability-and-financial-report.pdf>
2020

*transponder*



<*https://www.ford.com/support/vehicle/ranger/2022/how-to-videos/video-library/fordpass/6309583182112?name=fordpass-connect/*>



<https://www.ford.com/support/category/fordpass/> @ 2025

*coordinates*



23.12.2019

FordPass Pro – <u>Vehicle Location</u> (with Footer)

<<https://media.ford.com/content/fordmedia/feu/de/en.relatedmedia.viewmore.image.html/content/fordmedia/feu/de/en/news/2019/09/19/Ford_Pass_Pro/jcr:content/rightRailPar/relatedmedia.html>> 2019-12-23

| 1.2 | programming a microprocessor in the transponder to define a **geographical zone** by creating an area on a **pixilated image** using said plurality of coordinates, wherein said area is representative of a geographical zone; and | *programming a microprocessor in the **transponder [FordPass Connect to smartphone with "FordPass" app]** to define a **geographical zone ["geofencing"]** by creating an area on a **pixilated image [SEE IMAGE]** using said plurality of **coordinates ["Vehicle Location"]**, wherein said area is representative of a **geographical zone ["geofencing"]**.*<br><br>*For example, the FordPass Connect system can be used to program a microprocessor within the vehicle's FordPass Connect unit so that it works together with a user's smartphone running the FordPass application. The application receives and stores multiple vehicle location points in its memory. Using these stored locations, the application allows the user to define a geofence by marking or outlining a region on a pixel-based map displayed on the smartphone screen. In practical terms, the user creates a boundary on the map that corresponds to a real-world area. This outlined region, formed from and guided by the plurality of stored vehicle locations, represents the defined geofenced area.*<br><br>***transponder*** |



*<https://www.ford.com/support/vehicle/ranger/2022/how-to-videos/video-library/fordpass/6309583182112?name=fordpass-connect/>*



<https://www.ford.com/support/category/fordpass/> @ 2025

***geographical zone***

Ford will investigate how innovative technology could help accurately track and increase the number of "green miles" driven by vehicles. These trials feature the FordPass Connect onboard cellular modem, and a plug-in device to enable geofencing and blockchain capabilities. With geofencing, whenever a trial vehicle enters a controlled zone, its electric-drive mode is triggered and the zero-emission green driving miles are documented. The blockchain technology enables secure, tamper-proof tracking and logging of vehicle emissions records, which makes it ideal for the PHEV pilot. Security, trust and transparency of emissions data are of paramount importance to all stakeholders in this project and are key for our vision of cleaner air in the city.

<https://corporate.ford.com/content/dam/corporate/us/en-us/documents/reports/2020-integrated-sustainability-and-financial-report.pdf>
2020

*pixilated image*



<https://media.ford.com/content/fordmedia/feu/de/en.relatedmedia.viewmore.image.html/content/fordmedia/feu/de/en/news/2019/09/19/Ford_Pass_Pro/jcr:content/rightRailPar/relatedmedia.html> 2019-12-23

*coordinates*



23.12.2019

FordPass Pro – Vehicle Location (with Footer)

<https://media.ford.com/content/fordmedia/feu/de/en.relatedmedia.viewmore.image.html/content/fordmedia/feu/de/en/news/2019/09/19/Ford_Pass_Pro/jcr:content/rightRailPar/relatedmedia.html> 2019-12-23

| 1.3 | sending a command to the transponder to execute a **configurable operation** upon receiving a **command from a control center**, the command being associated with a **status of the entity** in relation to the geographical zone. | *sending a command to the **transponder [FordPass Connect to smartphone with "FordPass" app]** to execute a **configurable operation ["electric-drive mode is triggered"]** upon receiving a **command from a control center["share connected vehicle data such as location and driving data"]**, the command being associated with a **status of the entity ["whenever a trial vehicle enters a controlled zone"]** in relation to the **geographical zone ["geofencing"]**.*<br><br>*For example, the FordPass Connect system may send an electronic instruction, or command, to the vehicle through the FordPass Connect unit so that this instruction is relayed to the user's smartphone running the FordPass application. The application uses shared connected-vehicle data, such as the vehicle's location and certain driving information, to determine when specific conditions are met. One such condition occurs when a particular vehicle (for instance, a trial or test vehicle) enters a predefined geographic area. This area is defined in advance through geofencing, meaning a virtual boundary drawn on a digital map. When the system detects, based on the shared location data, that the vehicle has crossed into this controlled zone, the associated command is automatically executed. In this example, the command causes the vehicle to switch into electric-drive mode upon entering the geofenced area.*<br><br>***transponder*** |



<*https://www.ford.com/support/vehicle/ranger/2022/how-to-videos/video-library/fordpass/6309583182112?name=fordpass-connect/*>



<https://www.ford.com/support/category/fordpass/> @ 2025

*configurable operation*

Ford will investigate how innovative technology could help accurately track and increase the number of "green miles" driven by vehicles. These trials feature the FordPass Connect onboard cellular modem, and a plug-in device to enable geofencing and blockchain capabilities. With geofencing, whenever a trial vehicle enters a controlled zone, its electric-drive mode is triggered and the zero-emission green driving miles are documented. The blockchain technology enables secure, tamper-proof tracking and logging of vehicle emissions records, which makes it ideal for the PHEV pilot. Security, trust and transparency of emissions data are of paramount importance to all stakeholders in this project and are key for our vision of cleaner air in the city.

<https://corporate.ford.com/content/dam/corporate/us/en-us/documents/reports/2020-integrated-sustainability-and-financial-report.pdf>
2020

*command from a control center*



<https://www.ford.com/support/vehicle/ranger/2022/how-to-videos/video-library/fordpass/6309583182112?name=fordpass-connect/> 2020

*status of the entity*

Ford will investigate how innovative technology could help accurately track and increase the number of "green miles" driven by vehicles. These trials feature the FordPass Connect onboard cellular modem, and a plug-in device to enable geofencing and blockchain capabilities. With geofencing, whenever a trial vehicle enters a controlled zone, its electric-drive mode is triggered and the zero-emission green driving miles are documented. The blockchain technology enables secure, tamper-proof tracking and logging of vehicle emissions records, which makes it ideal for the PHEV pilot. Security, trust and transparency of emissions data are of paramount importance to all stakeholders in this project and are key for our vision of cleaner air in the city.

<https://corporate.ford.com/content/dam/corporate/us/en-us/documents/reports/2020-integrated-sustainability-and-financial-report.pdf>
2020

*geographical zone*

| | | |
|---|---|---|
| | | Ford will investigate how innovative technology could help accurately track and increase the number of "green miles" driven by vehicles. These trials feature the FordPass Connect onboard cellular modem, and a plug-in device to enable geofencing and blockchain capabilities. With geofencing, whenever a trial vehicle enters a controlled zone, its electric-drive mode is triggered and the zero-emission green driving miles are documented. The blockchain technology enables secure, tamper-proof tracking and logging of vehicle emissions records, which makes it ideal for the PHEV pilot. Security, trust and transparency of emissions data are of paramount importance to all stakeholders in this project and are key for our vision of cleaner air in the city.<br><br><https://corporate.ford.com/content/dam/corporate/us/en-us/documents/reports/2020-integrated-sustainability-and-financial-report.pdf><br>2020 |
| | *1. A method to wirelessly manage an entity having a transponder, comprising:*<br><br>*loading from a computing device to a transponder's memory a plurality of coordinates;*<br><br>*programming a microprocessor in the transponder to define a geographical zone by creating an area on a pixilated image using said plurality of coordinates, wherein said area is representative of a* | • ***PRODUCT/SERVICE = "FordPass Connect"***<br><br>• ***transponder = FordPass Connect to smartphone with "FordPass™" app***<br>• ***computing device = server***<br><br>• ***coordinates = "Vehicle Location"***<br>• ***geographical zone = "geofencing"***<br><br>• ***pixilated image = SEE IMAGE***<br><br>• ***configurable operation = "electric-drive mode is triggered"***<br>• ***command from a control center = "share connected vehicle data such as location and driving data"***<br>• ***status of the entity = "whenever a trial vehicle enters a controlled zone"*** |

| | |
|---|---|
| *geographical zone; and*<br><br>*sending a command to the transponder to execute a configurable operation upon receiving a command from a control center, the command being associated with a status of the entity in relation to the geographical zone.* | |